THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTIN KELLY,

                Plaintiff,

      v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security, [1]

                Defendant.

CASE NO. C16-0037-JCC

ORDER GRANTING EAJA
ATTORNEY FEES

This matter comes before the Court on Plaintiff Christin Kelly's unopposed motion for attorney fees (Dkt. No. 22). Plaintiff's motion is GRANTED. Plaintiff is hereby AWARDED attorney fees in the amount of $5,048.38 and expenses in the amount of $20.22 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be made to Plaintiff's attorney, Robert Friedman. Whether payable to Plaintiff, or to Robert Friedman, the check shall be mailed to

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Robert Friedman at 3410 Broadway, Everett, WA 98201.

2

3          DATED this 30th day of March 2017.

4

5

6          _____

7          John C. Coughenour
           UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING EAJA ATTORNEY FEES
PAGE - 2